

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2019

No. 04-19-00376-CR

**IN RE STATE OF TEXAS**, ex. rel. Todd Durden, County Attorney

Original Mandamus Proceeding[1]

### ORDER

Sitting:    Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Liza A. Rodriguez, Justice

On July 24, 2019, this court issued an opinion conditionally granting in part, denying in part, and dismissing as moot in part relator's petition for writ of mandamus. On August 7, 2019, relator filed a Motion for Rehearing. After considering the arguments raised by relator, the motion is hereby DENIED.

It is so **ORDERED** on August 16, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 10005CR, et al., styled *The State of Texas v. Maria Villarreal Cervantes, et al.*, pending in the County Court, Kinney County, Texas. The Honorable James T. Shahan and the Honorable Enrique Fernandez are the respondents.